UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | EP:14-CR-00213(2)-DB |
| § | |
| (2) JULIA LYNN ELLER § | |

## ORDER RESETTING SENTENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCE** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, August 20, 2015 at 09:30 AM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 27th day of April, 2015.

_____
DAVID BRIONES
SENIOR U. S. DISTRICT JUDGE